UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE.,

Plaintiff,

-against-

STATE OF NEW YORK; LETITIA JAMES, in her official capacity as Attorney General of the State Of New York; KATHY HOCHUL, in her official capacity as Governor of the State of New York.,

Defendants.

26 CIVIL 06444 (GBD)

**CIVIL JUDGMENT**

For the reasons stated in the, November 12, 2026, Order, this Court dismisses the amended complaint for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3), and for failure to state a claim on which relief may be granted and seeking damages against a defendant immune from such relief, see 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court declines to exercise supplemental jurisdiction of Plaintiffs claims under state law. See 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 13, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge